Janice Wolk GRENADIER, (JWG) Relator, EX REL. UNITED STATES of America (USA), Plaintiff,

and

George McDermott, Intervenor-Appellant,

v.

State of VIRGINIA, (COA) C/O City Attorney James Bank, Their public servants, as individuals & in their official capacity as an officer of the Court, gov't employee, elected officials. Those listed below working as public servants for mentioned St/dept of USA; City of Alexandria, Virginia (COA) C/O City Attorney James Bank, Their public servants, as individuals & in their official capacity as an officer of the Court, gov't employee, elected officials. Those listed below working as public servants for mentioned St/dept of USA; Federal Bureau of Investigation, (FBI) C/O James Comey, Their public servants, as individuals & in their official capacity as an officer of the Court, government employee, elected officials. Those listed below working as public servants for the mentioned St/dept of the USA; Department of Justice, (DOJ) C/O Acting Chief Justice, Their public servants, as

individuals & in their official capacity as an officer of the Court, government employee, elected officials. Those listed below working as public servants for the mentioned St/dept of the USA, Defendants-Appellees.

No. 17-1335

United States Court of Appeals, Fourth Circuit.

Submitted: August 24, 2017

Decided: August 28, 2017

George Edward McDermott, Appellant Pro Se.

Before GREGORY, Chief Judge, and SHEDD and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Edward McDermott appeals the district court's order denying his motions to intervene and for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *McDermott v. Virginia*, No. 1:17-cv-00166-TSE-MSN (E.D. Va. Mar. 1 & 8, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*